The People *ex rel.* Lawrence Moye, Relator-Appellant, *v.* Richard Elrod, Sheriff of Cook County, Respondent-Appellee.

(No. 57649; )

First District (2nd Division)—January 29, 1974.

PER CURIAM.
DOWNING, J., took no part.

Edward Mogul, of Chicago, and Lee Shelly, for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and William K. Hedrick, Assistant State's Attorneys, of counsel), for appellee.